IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Prater,

    Plaintiff,

  v.                          Case No. 2:07-cv-690

Isaac J. Castile, III, et al.,    JUDGE GRAHAM

    Defendants.

**ORDER**

This matter is before the Court on the motion of Plaintiff John Prater ("Plaintiff") for a temporary restraining order and for expedited discovery. In its order of July 20, 2007, the Court set Plaintiff's motion for a temporary restraining order and for a preliminary injunction for an evidentiary hearing on July 27, 2007. On July 26, 2007, at the request of Plaintiff, and without objection from Defendants Isaac J. Castile, III and Metropolitan Enhancement Treasury Backed Investments (collectively "Defendants"), the Court continued the hearing. The order further directed Plaintiff to notify the Court if and when he should decide to pursue his motion for a temporary restraining order and for a preliminary injunction.

On August 1, 2007, Plaintiff filed his motion requesting that the court set for hearing his motion for temporary restraining order and preliminary injunction. The motion for a hearing is granted, and the Court hereby sets the hearing for Monday, August 13, 2007, at 9:00 a.m. Plaintiff's motion also requested expedited discovery. The Court grants Plaintiff's motion and directs Defendants to respond to the discovery requests propounded by

Plaintiff on or before Monday, August 6, 2007.

**IT IS SO ORDERED.**

Date: August 3, 2007           /s/ James L. Graham
                                          James L. Graham
                                        Senior United States District Judge