```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

John Prater,

    Plaintiff,

  v.                                 Case No. 2:07-cv-690

Isaac J. Castile, III, et al.,    JUDGE GRAHAM

    Defendants.

## ORDER

This matter is before the court on the motion of Plaintiff for an evidentiary hearing and to compel discovery. Plaintiff's motion for an evidentiary hearing is granted. The hearing is set for Thursday, October 11, 2007, at 10:30 a.m.

Plaintiff's motion to compel discovery is denied. On Tuesday, August 7, 2007, Defendants' previous counsel filed a notice apprising the court that it served responses to the discovery requests on Monday, August 6, 2007. Plaintiff's motion did not include those responses, or any portion thereof, and did not set forth any basis for the inadequacy of the responses. Plaintiff's motion to compel discovery is, therefore, denied.

The Clerk shall mail a copy of this order to Defendant Isaac J. Castile, III, and shall note such mailing on the docket.

It is so ORDERED.

                                        /s/ James L. Graham
                                        JAMES L. GRAHAM
                                        Senior United States District Judge

Date: October 5, 2007